## 13189.   DAVIS v. THE STATE.

LUKE, J.   The State depended upon circumstantial evidence to convict the defendant, and the evidence did not exclude every reasonable hypothesis save that of his guilt.   The verdict of guilty was, therefore, unauthorized, and the court erred in overruling the motion for a new trial. *Judgment reversed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 8, 1922.

Conviction of manslaughter; from Dooly superior court — Judge Gower.   November 17, 1921.

*Gilbert C. Robinson, W. V. Harvard,* for plaintiff in error.
*J. B. Wall, solicitor-general,* contra.